**DISMISS and Opinion Filed November 28, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00976-CV

### IN THE INTEREST OF S.L.C., A CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54470-2016**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Bridges

Before the Court is appellant's motion to dismiss the appeal. Appellant asks the Court to withdraw her notice of appeal and dismiss the appeal. We grant the motion to the extent that we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

180976F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF S.L.C., A CHILD

No. 05-18-00976-CV

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-54470-2016.
Opinion delivered by Justice Bridges. Justices Francis and Lang-Miers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Joshua Lee Cantrell recover his costs of this appeal from appellant Brittany Cheyenne Huckabee.

Judgment entered November 28, 2018.